UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCAS WILLIAMS,

         Plaintiff,

    v.

SERGIO JIMENEZ, et al.,

         Defendant.

Case No.  1:26-cv-00083-HBK

ORDER TO SHOW CAUSE

FOURTEEN-DAY DEADLINE

Plaintiff Lucas Willaims proceeds pro se in this civil rights action filed under 42 U.S.C. § 1983 on January 6, 2026.  (Doc. 1).  On January 9, 2026, the Court deferred ruling on Plaintiff's application to proceed *in forma pauperis* because Plaintiff's application was incomplete.  (Doc. 3).  The Court directed Plaintiff to complete and file an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239, signed under penalty of perjury,[1] that was complete.  (*Id*.).  The Court attached a blank application for Plaintiff's use and afforded him twenty-one (21) days to complete and return the amended application.  (*Id*. at 2, ¶ 3).  The Court further advised Plaintiff that if he was unwilling to complete and submit the long form application, he was required to pay the $405.00 filing fee in full.  (*Id*.).  Further, the Court warned Plaintiff that if he did not timely comply with the January 9, 2026 Order, the Court may

---

[1] The inclusion of the "penalty of perjury" language makes any materially false statement subject to federal perjury laws (specifically 18 U.S.C. § 1621 and 1623) which can result in fines or imprisonment.

dismiss this action for Plaintiff's failure to pay the filing fee and failure to comply with a court order under E.D. Cal. Local Rule 110.  (*Id*., ¶ 4).

As of the date of this Order to Show Cause, Plaintiff has not submitted an amended long form application or paid the $405.00 filing fee and the time for doing so has expired.

Accordingly, it is ORDERED:

1. Within **fourteen (14) days** of the date of this Order, Plaintiff shall take one of the following actions if he wishes to prosecute this case :

   a. file an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239, signed under penalty of perjury, that if complete; or

   b. pay the $405.00 filing fee; or

   c. show cause why the Court should not recommend that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action and/or his failure to timely comply with the Court's January 9, 2026 Order.

2. Alternatively, to the extent Plaintiff does not wish to prosecute this action at this time, within fourteen (14) days, he may file a "Notice to Voluntarily Dismiss Action Without Prejudice Under Federal Rule of Civil Procedure 41."

3. Plaintiff's failure to timely respond to this Show Cause Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:    March 2, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2