**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCAS WILLIAMS,<br><br>                Plaintiff,<br><br>        v.<br><br>SERGIO JIMENEZ, et al.,<br><br>                Defendants. | Case No. 1:26-cv-00083 JLT HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 6) |

Plaintiff Lucas Williams is proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2026, Plaintiff filed his complaint and motion to proceed *in forma pauperis*. (Docs. 1, 2.) On January 9, 2026, the assigned magistrate judge deferred ruling on the motion to proceed *in forma pauperis* and ordered Plaintiff to either complete the Long Form IFP application or to pay the filing fee. (Doc. 3.) On March 2, 2026, the assigned magistrate judge issued an order to show cause after Plaintiff failed to timely pay the filing fee, submit the Long Form IFP application, or otherwise respond to the January 9, 2026 order. (Doc. 4.) On March 23, 2026 and March 30, 2026, the January 9, 2026 order and March 2, 2026 order to show cause were respectively returned as "undeliverable."

On April 28, 2026, the assigned magistrate judge issued Findings and Recommendations,

recommending the district court dismiss this action without prejudice due to Plaintiff's failure to prosecute and keep the Court informed of his current address. (Doc. 6.)  The Findings and Recommendations cited Local Rules 183(b) and 182(f) and stated that Plaintiff's notice of change of address was due no later than April 22, 2026, that Plaintiff had not filed a notice of change of address, and that more than thirty (30) days had passed since the January 9, 2026 order was returned as undeliverable. (*Id.* at 2.) The Court served the Findings and Recommendations on Plaintiff at his address of record and notified him that objections were due within 14 days. (*Id.* at 3.) The Findings and Recommendations were also returned as "undeliverable" and Plaintiff has failed to otherwise communicate with the Court.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. To date, Plaintiff has failed to update his address and has failed to respond to the April 28, 2026 Findings and Recommendations, and the time to do so has expired.

Accordingly, the Court **ORDERS**:

1.  The Findings and Recommendations, issued on April 28, 2026 (Doc. 6), are **ADOPTED IN FULL.**

2.  This action is **DISMISSED** without prejudice.

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES DISTRICT JUDGE